STATE ex rel. BECK, Respondent, v. KITTERMAN, Appellant.

(152 N. W. 286.)

(File No. 3688.    Opinion filed April 27, 1915.)

Appeal from Circuit Court, Charles Mix County.    Hon. ROBERT B. TRIPP, Judge.

Action by the state, on the relation of Ambrose B. Beck, against A. L. Kitterman, to enjoin a public nuisance.    From an order overruling a demurrer to the complaint, defendant appeals. Affirmed; following State ex rel. Beck v. Bossingham, 35 S. D. 355, 152 N. W. 285.

John E. Tipton, for Appellant.

Ambrose B. Beck, State's Attorney, for Respondent.

GATES, J.    This case differs in no important particulars from the case of State ex rel. Ambrose B. Beck, v. Bossingham, 152 N. W. 285, in which an opinion is handed down herewith.

For the reasons stated in the opinion in that case, the order appealed from in this case is affirmed.